## J. H. MORSE, *et al.*, v. BRUNSWICK & Co.

ACTION by Charles Brunswick and another, partners as *Brunswick & Co.*, against *J. H. Morse* and two others, to recover $200 with interest, upon a certain draft. Trial at the February Term, 1884, of the district court of Marion county, and verdict and judgment for $224.33 and costs. The defendants bring the case here.

*L. F. Keller*, and *J. H. Morse*, for plaintiffs in error.

*Frank Doster*, for defendants in error.

*Per Curiam:* The only errors discussed in this case in the brief of plaintiffs in error are those alleged to have occurred upon the trial. No motion for a new trial is contained in the record, and therefore the judgment of the district court must be affirmed. (*Ferguson v. Graves*, 12 Kas. 39; *Nesbit v. Hines*, 17 id. 316; *Hover v. Cockins*, 17 id. 518; *Typer v. Sooy*, 19 id. 598.)